# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Jonathan M. Ramsey, ) <br> a/k/a Jonathan Matthew Ramsey, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Cherokee County Detention Center ) <br> Medical; Dr. Outz; and Ms. Lydia, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 5:22-cv-2921-RMG <br><br> **ORDER** |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 62) recommending this action be dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. On December 28, 2022, Defendant Cherokee County Detention Center Medical filed a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 35). That same day, Defendants Cherokee County Detention Center Medical, Dr. Outz, and Ms. Lydia filed a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 36). As Plaintiff is proceeding pro se, the court entered an order on January 6, 2023, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising Plaintiff of the importance of such motions and of the need for him to file adequate responses. (Dkt. No. 46). Plaintiff was informed that his response was due by February 6, 2023 and was specifically advised that if he failed to respond adequately, Defendants' Motions may be granted, thereby ending his case. Plaintiff did not file a response.

-2-

On February 10, 2023, the court ordered Plaintiff to advise the court whether he wished to continue with the case and to file a response to the Motions to Dismiss by March 13, 2023. (Dkt. No. 69). Plaintiff filed no response. Plaintiff's last filing with this court was made on December 27, 2022.

After a careful review of the R&R, the Court adopts the R&R of the Magistrate Judge and dismisses this action pursuant to Rule 41(b) for failure to prosecute. *Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978)

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel  
Richard Mark Gergel  
United States District Judge

June 6, 2023
Charleston, South Carolina